UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD ADDISON MANZANO,

Plaintiff,

-against-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

1:24-CV-0500 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated February 15, 2024, and entered on February 21, 2024, the Court denied Plaintiff *in forma pauperis* status, and directed him to pay the $405.00 in fees to bring this action within 30 days of the date of that order. (ECF 6.) On March 31, 2024, Plaintiff filed a letter requesting a 21-day extension of time to comply with the Court's February 15, 2024 order. (ECF 7.) The Court grants Plaintiff's request and extends the time for Plaintiff to comply with the Court's February 15, 2024 order by 21 days from the date of this order. If Plaintiff fails to comply within the extended time allowed, the Court will dismiss this action.

SO ORDERED.

Dated: April 2, 2024
       New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge